# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/18/2020 12:49 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/22/2020 14:20.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/17/2020 10:02 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/17/2020 | 09:04 FTD | 97.7 | 36.5 | Forehead | Orapello, Brian RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/17/2020 | 09:04 FTD | 60 | Via Machine | Regular | Orapello, Brian RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/17/2020 | 09:04 FTD | 18 | Orapello, Brian RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/17/2020 | 09:04 FTD | 147/80 | Left Arm | Sitting | Adult-regular | Orapello, Brian RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/17/2020 | 09:04 FTD | 98 | Room Air | Orapello, Brian RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert & Oriented to Person

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
|---|---|---|
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 06/17/2020 10:02 | Provider: Pugliese, Nicole RN | Unit: R02 |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/17/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/17/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/17/2020 10:04

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/17/2020 10:02 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/19/2020 07:16.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | | Reg #: 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M | Race: WHITE | Facility: FTD |
| Encounter Date: 06/16/2020 09:38 | Provider: Hernandez, Jessica RN | | Unit: R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)

**Subjective:** Evaluation of isolated covid-19 IM

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/16/2020 | 09:39 FTD | 97.9 | 36.6 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/16/2020 | 09:39 FTD | 60 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/16/2020 | 09:39 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/16/2020 | 09:39 FTD | 136/82 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/16/2020 | 09:39 FTD | 98 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

Inmate Name: BASRALIAN, GARY | Reg #: 71610-050
Date of Birth: 07/02/1947 | Sex: M | Race: WHITE | Facility: FTD
Encounter Date: 06/16/2020 09:38 | Provider: Hernandez, Jessica RN | Unit: R02

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/16/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/16/2020 09:41

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Generated 06/16/2020 09:41 by Hernandez, Jessica RN Bureau of Prisons - FTD Page 2 of 2

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/16/2020 09:38 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/16/2020 15:15.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: 06/15/2020 10:02 | Provider: Hernandez, Jessica RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)

**Subjective:** Evaluation of isolated covid-19 positive IM

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/15/2020 | 10:02 FTD | 97.6 | 36.4 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/15/2020 | 10:02 FTD | 60 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/15/2020 | 10:02 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/15/2020 | 10:02 FTD | 125/71 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/15/2020 | 10:02 FTD | 100 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

Inmate Name: BASRALIAN, GARY | Reg #: 71610-050
Date of Birth: 07/02/1947 | Sex: M | Race: WHITE | Facility: FTD
Encounter Date: 06/15/2020 10:02 | Provider: Hernandez, Jessica RN | Unit: R02

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/15/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/15/2020 10:04

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Generated 06/15/2020 10:04 by Hernandez, Jessica RN Bureau of Prisons - FTD Page 2 of 2

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/15/2020 10:02 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/15/2020 14:13.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M    Race:  WHITE | Facility: | FTD |
| Encounter Date: | 06/14/2020 10:58 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:**    Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:**    No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/14/2020 | 10:58 FTD | 97.0 | 36.1 | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/14/2020 | 10:58 FTD | 71 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/14/2020 | 10:58 FTD | 17 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/14/2020 | 10:58 FTD | 130/76 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/14/2020 | 10:58 FTD | 98 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**
Yes: Pleasant, Cooperative

**Appearance**
Yes: Alert and Oriented x 3

**Skin**

**General**
Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**
Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**
Yes: Within Normal Limits

| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
|---|---|---|
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 06/14/2020 10:58 | Provider: Pugliese, Nicole RN | Unit: R02 |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/14/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/14/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/14/2020 11:01

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/14/2020 10:58 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/16/2020 08:43.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/14/2020 10:58 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Reviewed by Turner-Foster, Nicoletta MD/CD on 06/17/2020 12:00.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/13/2020 10:48
Sex: M Race: WHITE
Provider: Pugliese, Nicole RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/13/2020 | 10:43 FTD | 97.5 | 36.4 | Forehead | Orapello, Brian RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2020 | 10:43 FTD | 60 | Via Machine | Regular | Orapello, Brian RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2020 | 10:43 FTD | 18 | Orapello, Brian RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2020 | 10:43 FTD | 112/68 | Left Arm | Sitting | Adult-regular | Orapello, Brian RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2020 | 10:43 FTD | 96 | Room Air | Orapello, Brian RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| | | |
|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 06/13/2020 10:48 | Provider: Pugliese, Nicole RN | Unit: R02 |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/13/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/13/2020 10:50

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2020 10:48 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/13/2020 12:13.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2020 10:48 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Reviewed by Turner-Foster, Nicoletta MD/CD on 06/17/2020 12:06.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/12/2020 12:49 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2020 | 12:49 FTD | 97.6 | 36.4 | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2020 | 12:49 FTD | 57 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2020 | 12:49 FTD | 16 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2020 | 12:49 FTD | 130/77 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2020 | 12:49 FTD | 97 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/12/2020 12:49 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/12/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/12/2020 12:52

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/12/2020 12:49 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/13/2020 12:24.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/12/2020 12:49 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Reviewed by Turner-Foster, Nicoletta MD/CD on 06/17/2020 12:09.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/11/2020 11:31
Sex: M Race: WHITE
Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)
**Subjective:** Evaluation of isolated covid-19 positive IM
**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2020 | 11:30 FTD | 97.9 | 36.6 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2020 | 11:30 FTD | 55 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2020 | 11:30 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2020 | 11:30 FTD | 130/86 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/11/2020 | 11:30 FTD | 98 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits
No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/11/2020 11:31
Sex: M Race: WHITE
Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/11/2020 11:33
Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.
Cosign documentation will be displayed on the following page.

Generated 06/11/2020 11:33 by Hernandez, Jessica RN Bureau of Prisons - FTD Page 2 of 2

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/11/2020 11:31 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/11/2020 15:47.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/10/2020 12:22
Sex: M Race: WHITE
Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)
**Subjective:** Evaluation of isolated covid-19 positive IM
**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/10/2020 | 12:23 FTD | 98.2 | 36.8 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/10/2020 | 12:23 FTD | 60 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/10/2020 | 12:23 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/10/2020 | 12:23 FTD | 136/77 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/10/2020 | 12:23 FTD | 98 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits
No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/10/2020 12:22 | Provider: | Hernandez, Jessica RN | Unit: | R02 |

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/10/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/10/2020 12:25

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/10/2020 12:22 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/10/2020 13:09.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/09/2020 09:45 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/09/2020 | 09:45 FTD | 67 | | | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/09/2020 09:45
Sex: M Race: WHITE
Provider: Pugliese, Nicole RN
Reg #: 71610-050
Facility: FTD
Unit: R02

denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/09/2020 09:47

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: 06/09/2020 09:38 | Provider: Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 97.2 | 36.[illegible] | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 79 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 17 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 118/78 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 98 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

See Amendment

| | | |
|---|---|---|
| ..IAN, GARY | | Reg #: 71610-050 |
| ./02/1947 | Sex: M Race: WHITE | Facility: FTD |
| ..ate: 06/09/2020 09:38 | Provider: Pugliese, Nicole RN | Unit: R02 |

**..xam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5[illegible] He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

See Amendment

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/09/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/09/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/09/2020 09:42

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/09/2020 09:38

Sex: M Race: WHITE
Provider: Pugliese, Nicole RN

Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 97.2 | 36.[illegible] | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 79 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 17 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 118/78 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/09/2020 | 09:39 FTD | 98 | Room Air | Pugliese, Nicole RN |

See Amendment

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/09/2020 09:38 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5[illegible] He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/09/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/09/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/09/2020 09:42

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

See Amendment



**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/09/2020 09:45 | | | Facility: | FTD |

**Amendment made to this note by Pugliese, Nicole RN on 06/09/2020 09:47.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/09/2020 09:38 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/09/2020 17:28.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: 06/08/2020 11:48 | Provider: Orapello, Brian RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Orapello, Brian RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851. Today he has no complaints.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/08/2020 | 11:48 FTD | 98.0 | 36.7 | Forehead | Orapello, Brian RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/08/2020 | 11:48 FTD | 68 | Via Machine | Regular | Orapello, Brian RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/08/2020 | 11:48 FTD | 16 | Orapello, Brian RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/08/2020 | 11:48 FTD | 113/75 | Left Arm | Sitting | Adult-regular | Orapello, Brian RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/08/2020 | 11:48 FTD | 97 | Room Air | Orapello, Brian RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

| | | |
|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 06/08/2020 11:48 | Provider: Orapello, Brian RN | Unit: R02 |

**Exam:**

**Genitourinary**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

72 yo male patient is being evaluated this AM for COVID-19.

IM denies any covid-19 like symptoms and is asymptomatic at this time. He has no complaints today.

IM is isolated in unit 5851. IM aaox3 appears in no acute distress, facial symmetry noted, grasps equal, mucosa pink and moist, respirations even and unlabored, denies SOB, denies diarrhea, voiding with no difficulty, skin w/p/d. Ambulatory with a steady gait around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff.

Inmate was instructed to notify HSU staff if he develops symptoms.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/08/2020 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 06/08/2020 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes **By:** Chinwalla, F. DO
**Telephone or Verbal order read back and verified.**

Completed by Orapello, Brian RN on 06/08/2020 11:50
Requested to be cosigned by Chinwalla, F. DO.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/08/2020 11:48 | Provider: | Orapello, Brian RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/22/2020 17:28.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/07/2020 10:33
Sex: M Race: WHITE
Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)
**Subjective:** Evaluation of isolated covid-19 positive IM
**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/07/2020 | 10:33 FTD | 97.6 | 36.4 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/07/2020 | 10:33 FTD | 63 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/07/2020 | 10:33 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/07/2020 | 10:33 FTD | 147/77 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/07/2020 | 10:33 FTD | 98 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits
No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and denies mouth ulcers today. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/07/2020 10:33
Sex: M Race: WHITE
Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/07/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/07/2020 10:36

Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

Generated 06/07/2020 10:36 by Hernandez, Jessica RN Bureau of Prisons - FTD Page 2 of 2

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/07/2020 10:33 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/09/2020 17:06.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: M | Race: WHITE | Facility: | FTD |
| Note Date: | 06/06/2020 15:20 | Provider: | Turner-Foster, Nicoletta | Unit: | R02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Turner-Foster, Nicoletta MD/CD

06/02/2020 SARS-CoV-2 is NEGATIVE

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Turner-Foster, Nicoletta MD/CD on 06/06/2020 15:20

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947 Sex: M Race: WHITE
Encounter Date: 06/06/2020 12:17 Provider: Hernandez, Jessica RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hernandez, Jessica RN

**Chief Complaint:** Other Problem
**Subjective:** Evaluation of isolated covid-19 positive IM
**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/06/2020 | 12:17 FTD | 98.1 | 36.7 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/06/2020 | 12:17 FTD | 68 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/06/2020 | 12:17 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/06/2020 | 12:17 FTD | 146/85 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/06/2020 | 12:17 FTD | 97 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits
No: Respiratory Distress

**ASSESSMENT:**

Ulcers-Intraoral and/or Lip

IM c/o mouth sores that he admits started 4 days ago; however, he states they are improving. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait

Inmate Name: BASRALIAN, GARY | Reg #: 71610-050
Date of Birth: 07/02/1947 | Sex: M | Race: WHITE | Facility: FTD
Encounter Date: 06/06/2020 12:17 | Provider: Hernandez, Jessica RN | Unit: R02

around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/06/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/06/2020 12:21

Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

Generated 06/06/2020 12:21 by Hernandez, Jessica RN Bureau of Prisons - FTD Page 2 of 2

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/19/2020 09:10
Sex: M Race: WHITE
Provider: Chinwalla, F. DO
Reg #: 71610-050
Facility: FTD
Unit: R02

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Chinwalla, F. DO

**Chief Complaint:** GENERAL

**Subjective:** Patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851. Today he has no complaints.
Pts BP is mildly elevated. Pt admits to stress due to a death in his family.

**Pain:** No

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Fatigue, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

No: Angina, Cough, Edema

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: Cough - Dry, DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Blood in Stools, Constipation, Diarrhea

**Neurological**

**Autonomic System**

No: Syncope

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/19/2020 | 09:12 FTD | 97.2 | 36.2 | | Chinwalla, F. DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/19/2020 | 09:12 FTD | 61 | | | Chinwalla, F. DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/19/2020 | 09:12 FTD | 14 | Chinwalla, F. DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/19/2020 09:10 | Provider: | Chinwalla, F. DO | Unit: | R02 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/19/2020 | 09:12 FTD | 145/77 | | | | Chinwalla, F. DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/19/2020 | 09:12 FTD | 97 | Room Air | Chinwalla, F. DO |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Skin**

**General**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Pulmonary**

**Observation/Inspection**

No: Coughing, severe w production green/brown mucus, Respiratory Distress

**Cardiovascular**

**Observation**

Yes: Normal Rate, Regular Rhythm

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Neurologic**

**Motor System-General**

Yes: Normal Exam

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Disposition:**

Follow-up Daily

**Other:**

IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA.

Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored

by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**Patient Education Topics:**

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/19/2020 09:10

Sex: M Race: WHITE
Provider: Chinwalla, F. DO

Reg #: 71610-050
Facility: FTD
Unit: R02

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/19/2020 | Counseling | Access to Care | Chinwalla, F. | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Chinwalla, F. DO on 06/19/2020 09:19

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: BASRALIAN, GARY
Date of Birth: 07/02/1947
Encounter Date: 06/18/2020 12:49
Sex: M Race: WHITE
Provider: Pugliese, Nicole RN
Reg #: 71610-050
Facility: FTD
Unit: R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Pugliese, Nicole RN

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:** Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/18/2020 | 12:50 FTD | 97.4 | 36.3 | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/18/2020 | 12:50 FTD | 53 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/18/2020 | 12:50 FTD | 17 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/18/2020 | 12:50 FTD | 159/92 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/18/2020 | 12:50 FTD | 100 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits