**Reg #:**  71610-050

**Inmate Name:** BASRALIAN, GARY

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 05/15/2020 | **Orig Entered:** 05/15/2020 17:25 EST  Moham, Elizabeth | | | |
| 05/15/2020 | Medication | Benzonatate 100 MG CAP | Pharmacy No participation | Moham, Elizabeth |
| 05/15/2020 | **Orig Entered:** 05/15/2020 17:25 EST  Moham, Elizabeth | | | |
| 05/15/2020 | Counseling | Access to Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/15/2020 | **Orig Entered:** 05/15/2020 12:35 EST  Pugliese, Nicole | | | |
| 05/15/2020 | Counseling | Plan of Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/15/2020 | **Orig Entered:** 05/15/2020 12:35 EST  Pugliese, Nicole | | | |
| 05/14/2020 | Counseling | Access to Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/14/2020 | **Orig Entered:** 05/14/2020 11:06 EST  Hernandez, Jessica | | | |
| 05/13/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/13/2020 | **Orig Entered:** 05/13/2020 10:00 EST  Hernandez, Jessica | | | |
| 05/12/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/12/2020 | **Orig Entered:** 05/12/2020 11:03 EST  Pugliese, Nicole | | | |
| 05/12/2020 | Counseling | Plan of Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/12/2020 | **Orig Entered:** 05/12/2020 11:03 EST  Pugliese, Nicole | | | |
| 05/11/2020 | Counseling | Access to Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/11/2020 | **Orig Entered:** 05/11/2020 11:11 EST  Pugliese, Nicole | | | |
| 05/11/2020 | Counseling | Plan of Care | Verbalizes Understanding | Pugliese, Nicole |
| 05/11/2020 | **Orig Entered:** 05/11/2020 11:11 EST  Pugliese, Nicole | | | |
| 05/10/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/10/2020 | **Orig Entered:** 05/10/2020 11:36 EST  Hernandez, Jessica | | | |
| 05/09/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/09/2020 | **Orig Entered:** 05/09/2020 10:16 EST  Hernandez, Jessica | | | |
| 05/09/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/08/2020 | **Orig Entered:** 05/09/2020 09:24 EST  Hernandez, Jessica | | | |
| 05/08/2020 | Counseling | Access to Care | Verbalizes Understanding | Hernandez, Jessica |
| 05/07/2020 | **Orig Entered:** 05/08/2020 10:53 EST  Hernandez, Jessica | | | |
| 05/07/2020 | Counseling | Access to Care | Verbalizes Understanding | Orapello, Brian |
| | **Orig Entered:** 05/07/2020 11:59 EST  Orapello, Brian | | | |

**Reg #:** 7610-050

**Inmate Name:** BASRALIAN, GARY

| Date Initiated | | Format | Handout/Topic | Topics | |
| --- | --- | --- | --- | --- | --- |
| | | | | **Outcome** | **Provider** |
| 05/07/2020 | Orig Entered: 05/07/2020 11:59 EST   Orapello, Brian | Counseling | Plan of Care | Verbalizes Understanding | Orapello, Brian |
| 05/06/2020 | Orig Entered: 05/06/2020 15:02 EST   Orapello, Brian | Counseling | Access to Care | Verbalizes Understanding | Orapello, Brian |
| 05/06/2020 | Orig Entered: 05/06/2020 15:02 EST   Orapello, Brian | Counseling | Plan of Care | Verbalizes Understanding | Orapello, Brian |
| 03/27/2020 | Orig Entered: 03/27/2020 11:28 EST   Lewis, Julia | Counseling | Access to Care | Verbalizes Understanding | Lewis, Julia |
| 03/04/2020 | Orig Entered: 03/04/2020 09:43 EST   Lewis, Julia | Counseling | Access to Care | Verbalizes Understanding | Lewis, Julia |
| 03/04/2020 | Orig Entered: 03/04/2020 09:43 EST   Lewis, Julia | Counseling | Plan of Care | Verbalizes Understanding | Lewis, Julia |
| 01/27/2020 | Orig Entered: 01/27/2020 09:05 EST   Sceusa, Carl | Counseling | Plan of Care | Verbalizes Understanding | Sceusa, Carl |
| 01/14/2020 | Orig Entered: 01/14/2020 09:06 EST   Sceusa, Carl | Counseling | Plan of Care | Verbalizes Understanding | Sceusa, Carl |
| 01/08/2020 | Orig Entered: 01/08/2020 10:25 EST   Sceusa, Carl | Counseling | Plan of Care | Verbalizes Understanding | Sceusa, Carl |
| 12/11/2019 | Orig Entered: 12/11/2019 12:47 EST   Sceusa, Carl | Counseling | Plan of Care | Verbalizes Understanding | Sceusa, Carl |
| 11/21/2019 | Orig Entered: 11/21/2019 10:55 EST   Sceusa, Carl | Counseling | Access to Care | Verbalizes Understanding | Sceusa, Carl |
| 11/21/2019 | Orig Entered: 11/21/2019 10:55 EST   Sceusa, Carl | Counseling | Compliance - Treatment | Verbalizes Understanding | Sceusa, Carl |
| 11/21/2019 | Orig Entered: 11/21/2019 10:55 EST   Sceusa, Carl | Counseling | Exercise | Verbalizes Understanding | Sceusa, Carl |
| 11/21/2019 | Orig Entered: 11/21/2019 10:55 EST   Sceusa, Carl | Counseling | Diet | Verbalizes Understanding | Sceusa, Carl |

**Total: 96**

# Bureau of Prisons
## Health Services
## Health Problems

**Reg #:** 7610-050  **Inmate Name:** BASRALIAN, GARY

### Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hyperlipidemia, unspecified<br>11/21/2019 10:38 EST  Sceusa, Carl MD/CCHP | | ICD-10 | E785 | 11/21/2019 | Current | |
| Major depressive disorder, recurrent<br>11/21/2019 10:46 EST  Sceusa, Carl MD/CCHP | | ICD-10 | F339 | 11/21/2019 | Current | |
| Unspecified disorder of lens<br>11/21/2019 10:53 EST  Sceusa, Carl MD/CCHP<br>Cataract sx with lens implant Rt eye | | ICD-10 | H279 | 11/21/2019 | Current | |
| Other peripheral vertigo<br>12/11/2019 12:43 EST  Sceusa, Carl MD/CCHP | | ICD-10 | H81399 | 12/11/2019 | Current | |
| Essential (primary) hypertension<br>11/21/2019 10:38 EST  Sceusa, Carl MD/CCHP | | ICD-10 | I10 | 11/21/2019 | Current | |
| Nonrheumatic aortic valve disorder, unspecified<br>11/21/2019 10:38 EST  Sceusa, Carl MD/CCHP | | ICD-10 | I359 | 11/21/2019 | Current | |
| Acute upper respiratory infection, unspecified<br>01/14/2020 09:06 EST  Sceusa, Carl MD/CCHP | | ICD-10 | J069 | 01/14/2020 | Current | |
| Gastro-esophageal reflux disease with esophagitis<br>11/21/2019 10:41 EST  Sceusa, Carl MD/CCHP | | ICD-10 | K210 | 11/21/2019 | Current | |
| Cellulitis, unspecified<br>05/22/2020 16:21 EST  Chinwalla, F. DO | | ICD-10 | L0390 | 05/22/2020 | Current | |
| Flat foot [pes planus] (acquired), unspecified foot<br>01/27/2020 09:02 EST  Sceusa, Carl MD/CCHP | | ICD-10 | M2140 | 01/27/2020 | Current | |
| Coronavirus COVID-19 test negative<br>07/06/2020 10:22 EST  Turner-Foster, Nicoletta MD/CD<br>06/25/2020 SARS-CoV-2 (-) | | ICD-10 | Z03818- | 07/06/2020 | Current | |
| Quarantine - asymptomatic person in quarantine<br>07/09/2020 16:34 EST  Barton, Christine RN/QI/IP&C | | ICD-10 | Z0489-q | 06/28/2020 | Current | |

Reg #: 71610-050

Inmate Name: BASRALIAN, GARY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **HCV Negative** | | | | | | |
| 02/26/2020 12:08 EST   Sceusa, Carl MD/CCHP | | ICD-10 | Z1159- | 02/26/2020 | Current | |
| **Negative Test: HIV, Human immunodeficiency virus** | | | | | | |
| 02/26/2020 12:08 EST   Sceusa, Carl MD/CCHP | | ICD-10 | Z717 | 02/26/2020 | Current | |
| **Presence of aortocoronary bypass graft** | | | | | | |
| 11/21/2019 10:38 EST   Sceusa, Carl MD/CCHP | | ICD-10 | Z951 | 11/21/2019 | Current | |
| x3 2015 | | | | | | |
| **Resolved** | | | | | | |
| **Confirmed case COVID-19** | | | | | | |
| 07/06/2020 10:21 EST   Turner-Foster, Nicoletta MD/CD | | ICD-10 | U07.1 | 05/06/2020 | Resolved | 07/06/2020 |
| 05/06/2020 09:02 EST   Barton, Christine RN/QI/IP&C | | ICD-10 | U07.1 | 05/06/2020 | Current | |
| **Total: 16** | | | | | | |

# Bureau of Prisons
## Health Services
### Treatments

| Reg #: | 71610-050 | Inmate Name: | BASRALIAN, GARY |
|---|---|---|---|
| Begin Date: | 08/11/2019 | End Date: | 08/11/2020 |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 05/10/2020 | 15:17 FTD | Dressing Changes | Hernandez, Jessica | Completed |

Silvadene applied to right upper leg wound, dressing dry and intact. Healing properties observed, no erythema or edema noted

**Orig Entered:** 05/10/2020 15:18 EST Hernandez, Jessica RN

| | | | | |
|---|---|---|---|---|
| 03/11/2020 | 09:59 FTD | EKG | Henderson, Leila RN | Completed |

**Orig Entered:** 03/11/2020 09:59 EST Henderson, Leila RN

| | | | | |
|---|---|---|---|---|
| 11/26/2019 | 07:45 FTD | EKG | Henderson, Leila RN | Completed |

**Orig Entered:** 11/26/2019 07:45 EST Henderson, Leila RN

**Total: 3**

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: 71610-050 | Inmate Name: BASRALIAN, GARY |
|---|---|

**Vision Screen on 11/22/2019 13:40**

**Blindness:**

|  | OD | OS | OU |
|---|---|---|---|
| Distance Vision: | 20/20 | 20/30 | |
| Near Vision: | 20/20 | 20/20 | |

**With Corrective**

|  | OD | OS | OU |
|---|---|---|---|
| Distance Vision: | | | |
| Near Vision: | | | |

| Present Glasses - Distance | | | | Refraction - Distance | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| R: | | | | R: | | | |
| L: | | | | L: | | | |

**Color Test:**

**Tonometry:** R:     L:

**Comments:**

**Orig Entered:** 11/22/2019 13:56 EST   Elias, Vicente MLP

# Bureau of Prisons
## Health Services
### COVID-19 RNA

| Begin Date: | 08/11/2019 | | Reg #: | 716110-050 |
|---|---|---|---|---|
| End Date: | 08/11/2020 | | Inmate Name: | BASRALIAN, GARY |

**COVID-19 RNA**
(Reference Range – Negative)

| Effective Date | | | Provider |
|---|---|---|---|
| 06/03/2020 09:28 FTD | Unavailable | NA | Newberry, Jacqueline Phlebotomist |
| Orig Entered: | 06/03/2020 09:29 EST | | |
| duplicate | | | |
| 06/02/2020 15:04 FTD | Negative | Symptomatic | Newberry, Jacqueline Phlebotomist |
| Orig Entered: | 06/02/2020 15:05 EST | | |
| 05/06/2020 11:13 FTD | Positive | Asymptomatic | Verry-Bailey, Megan CMA |
| Orig Entered: | 05/06/2020 11:14 EST | | Verry-Bailey, Megan CMA |

Total: 3

# Bureau of Prisons
## Health Services
## Immunizations

| Begin Date: | 08/11/2019 | End Date: | 08/11/2020 |
| Reg #: | 71610-050 | Inmate Name: | BASRALIAN, GARY |

| Immunization | Immunization Date | Administered | Location | Dosage Drug Mfg. | Lot # | Exp Date |
| --- | --- | --- | --- | --- | --- | --- |
| Hepatitis A and B (TwinRx) | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Measles/Mumps/Rubella Series | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Smallpox Series | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Tetanus | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Tetanus-Diphtheria | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Varicella Series | | | | | | |
| | Orig Entered: 11/22/2019 13:39 EST | Elias, Vicente MLP History Unknown | | | | |
| Total: 6 | | | | | | |

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 71610-050    Inmate Name: BASRALIAN, GARY

### Housing Status

- confined to the living quarters except __ meals __ pill line __ treatments    Exp. Date: ___
- on complete bed rest: __ bathroom privileges only    Exp. Date: ___
- X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation    Exp. Date: 11/20/2020
- other: ___    Exp. Date: ___

### Physical Limitation / Restriction

- all sports    Exp. Date: ___
- weightlifting: upper body __ lower body    Exp. Date: ___
- cardiovascular exercise: jogging __ running __ walking __ softball    Exp. Date: ___
- football basketball handball stationary equipment
- other: ___    Exp. Date: ___

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Medical Shoes | 03/11/2020 | | |
| MEDICAL SHOES ISSUED 3/11/2020 | | | |
| Alternate Institutional Shoes | 01/27/2020 | | |
| Eye Glasses Ordered | 11/18/2019 | | |

### Work Restriction / Limitation

Cleared for Food Service:    Yes
X   No Restrictions
Comments:   CL=2
LB Age >70

Health Services Staff   Henderson, Leila RN

Date
03/11/2020

Inmate Name:   BASRALIAN, GARY   Reg #:   71610-050   Quarters:   V02

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 71610-050          Inmate Name: BASRALIAN, GARY

### Housing Status

| | | | | | |
|---|---|---|---|---|---|
| confined to the living quarters except | meals | pill line | treatments | | Exp. Date: |
| on complete bed rest: | bathroom privileges only | | | | Exp. Date: |
| cell: X | cell on first floor | single cell | lower bunk X | airborne infection isolation | Exp. Date: 11/20/2020 |
| other: | | | | | Exp. Date: |

### Physical Limitation / Restriction

| | | | | | |
|---|---|---|---|---|---|
| all sports | | | | | Exp. Date: |
| weightlifting: | upper body | lower body | | | Exp. Date: |
| cardiovascular exercise: | jogging | running | walking | softball | Exp. Date: |
| | football | basketball | handball | stationary equipment | |
| other: | | | | | Exp. Date: |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes | 01/27/2020 | | |
| Eye Glasses Ordered | 11/18/2019 | | |

### Work Restriction / Limitation

| | |
|---|---|
| Cleared for Food Service: | Yes |
| No Restrictions | X |

**Comments:** CL=2
LB Age >70

**Sceusa, Carl MD/CCHP**
Health Services Staff

01/27/2020
Date

Inmate Name: **BASRALIAN, GARY**     Reg #: **71610-050**     Quarters: **V02**

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 71610-050    Inmate Name: BASRALIAN, GARY

**Housing Status:**

confined to the living quarters except _ meals _ pill line _ treatments   Exp. Date: _
on complete bed rest: _ bathroom privileges only   Exp. Date: _
X cell: _ cell on first floor _ single cell X lower bunk _ airborne infection isolation   Exp. Date: 11/20/2020
other: _   Exp. Date: _

**Physical Limitation/Restriction:**

all sports   Exp. Date: _
weightlifting: _ upper body _ lower body   Exp. Date: _
cardiovascular exercise: _ running _ jogging _ walking _ softball   Exp. Date: _
_ football _ basketball _ handball _ stationary equipment
other: _   Exp. Date: _

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes Ordered | 01/27/2020 | | |
| Eye Glasses | 11/18/2019 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes
X No Restrictions
Comments: CL=2
LB Age >70

Health Services Staff   Sceusa, Carl MD/CCHP   Date   01/27/2020

Inmate Name: BASRALIAN, GARY   Reg #: 71610-050   Quarters: V02

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
### Medical Duty Status

| Reg #: 71610-050 | Inmate Name: BASRALIAN, GARY |
| --- | --- |

**Housing Status**

| | | | | |
| --- | --- | --- | --- | --- |
| confined to the living quarters except: | meals | pill line | treatments | Exp. Date: |
| on complete bed rest: | bathroom privileges only | | | Exp. Date: |
| X cell: | cell on first floor | single cell | X lower bunk | airborne infection isolation | Exp. Date: 11/20/2020 |
| other: | | | | Exp. Date: |

**Physical Limitation / Restriction**

| | | | |
| --- | --- | --- | --- |
| all sports | | | Exp. Date: |
| weightlifting: | upper body | lower body | Exp. Date: |
| cardiovascular exercise: | running | jogging | walking | softball | Exp. Date: |
| | football | basketball | handball | stationary equipment | |
| other: | | | Exp. Date: |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
| --- | --- | --- | --- |
| Eye Glasses | 11/18/2019 | | |
| other: | | | Exp. Date: |

**Work Restriction / Limitation**

Cleared for Food Service: **Yes**

X  No Restrictions

**Comments:** CL=2
LB Age >70

| Health Services Staff | Date |
| --- | --- |
| Elias, Vicente MLP | 11/22/2019 |

| Inmate Name: **BASRALIAN, GARY** | Reg #: **71610-050** | Quarters: **V02** |
| --- | --- | --- |

*ALL EXPIRATION DATES ARE AT 24:00*

Generated 08/11/2020 06:48 by Johnson, Adam NE Regional  Bureau of Prisons - NYM

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #: 71610-050 | Inmate Name: BASRALIAN, GARY |
|---|---|

### Housing Status

| | | | | | |
|---|---|---|---|---|---|
| confined to the living quarters except | meals | pill line | treatments | | Exp. Date: |
| on complete bed rest: | bathroom privileges only | | | | Exp. Date: |
| X cell: | cell on first floor | single cell | X lower bunk | airborne infection isolation | Exp. Date: 11/20/2020 |
| other: | | | | | Exp. Date: |

### Physical Limitation/Restriction

| | | | | | |
|---|---|---|---|---|---|
| all sports | | | | | Exp. Date: |
| weightlifting: | upper body | lower body | | | Exp. Date: |
| cardiovascular exercise: | running | jogging | walking | softball | Exp. Date: |
| | football | basketball | handball | stationary equipment | |
| other: | | | | | Exp. Date: |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 11/18/2019 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  Yes

X  No Restrictions

**Comments:**  CL=2
LB Age >70

Health Services Staff
Sceusa, Carl MD/CCHP

| Date |
|---|
| 11/21/2019 |

***ALL EXPIRATION DATES ARE AT 24:00***

| Inmate Name: | BASRALIAN, GARY | Reg #: | 71610-050 | Quarters: | V02 |
|---|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| Inmate: | BASRALIAN, GARY | Reg #: | 71610-050 | Quarter: | V02-202L |
|---|---|---|---|---|---|
| Complex: | FTD--FORT DIX FCI | Begin Date: 08/11/2019 | | End Date: 08/11/2020 | |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

Allergies:

| Allergy | Reaction | Date Noted |
|---|---|---|
| Ramipril | Rash | 11/18/2019 |

## Active Prescriptions

Amoxicillin 500 MG Cap
Take one capsule (500 MG) by mouth now ***pill line***
Start: 01/14/20    Exp: 01/14/20    Doctor: Sceusa, Carl MD/CCHP    Rx#: 486227-FTD    Pharmacy Dispensings: 0 CAP in 210 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
Start: 11/19/19    Exp: 12/19/19    D/C: 11/21/19    Doctor: Sceusa, Carl MD/CCHP    Rx#: 480903-FTD    Pharmacy Dispensings: 30 TAB in 266 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
Start: 11/21/19    Exp: 11/20/20    Doctor: Sceusa, Carl MD/CCHP    Rx#: 481257-FTD    Pharmacy Dispensings: 270 TAB in 264 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening
Start: 11/19/19    Exp: 12/19/19    D/C: 11/21/19    Doctor: Sceusa, Carl MD/CCHP    Rx#: 480904-FTD    Pharmacy Dispensings: 30 tab in 266 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening
Start: 11/21/19    Exp: 11/20/20    D/C: 05/07/20    Doctor: Sceusa, Carl MD/CCHP    Rx#: 481247-FTD    Pharmacy Dispensings: 150 tab in 264 days

Atorvastatin 80 MG TAB
Take one tablet (80 MG) by mouth at bedtime
Start: 05/07/20    Exp: 05/07/21    Doctor: Chinwalla, F. DO    Rx#: 494414-FTD    Pharmacy Dispensings: 180 tab in 96 days

Benzonatate 100 MG CAP
Take one capsule (100 MG) by mouth three times daily
Rx#: 494989-FTD    Doctor: Turner-Foster, Nicoletta MD/CD

| Complex: FTD-FORT DIX FCI | Inmate: BASRALIAN, GARY | Reg #: 71610-050 | Quarter: V02-202L |
|---|---|---|---|
| | | Begin Date: 08/11/2019 | End Date: 08/11/2020 |

## Active Prescriptions

**LORazepam 0.5 MG Tab**
Take one tablet (0.5 MG) by mouth at bedtime ***pill line***
Rx#: 480951-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 05/15/20    Exp:    Pharmacy Dispensings: 12 CAP in 88 days

**Meclizine HCl 25 MG Tab**
25 mg Orally Mouth One Time Dose Given AS NEEDED x 0 day(s) Pill Line only ***pill line***
Rx#: 480951-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 11/19/19    D/C: 12/19/19    Exp: 11/20/19    Pharmacy Dispensings: 0 Tab in 266 days

**Metoprolol Tartrate 25 MG Tab**
Take one tablet (25 MG) by mouth twice daily
Rx#: 483281-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 12/11/19    Exp: 12/11/19    Pharmacy Dispensings: 0 TAB in 244 days

**Metoprolol Tartrate 25 MG Tab**
Take one tablet (25 MG) by mouth twice daily
Rx#: 480905-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 11/19/19    D/C: 12/19/19    Exp: 12/19/19    Pharmacy Dispensings: 60 TAB in 266 days

**Metoprolol Tartrate 25 MG Tab**
Take one tablet (25 MG) by mouth twice daily
Rx#: 481248-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 11/21/19    Exp: 11/20/20    Pharmacy Dispensings: 480 TAB in 264 days

**Omeprazole 40 MG Cap**
Take one capsule (40 MG) by mouth each day "Chronic Care Verified"
Rx#: 481330-FTD    Doctor: Sceusa, Carl MD/CCHP
Start: 11/22/19    Exp: 05/20/20    Pharmacy Dispensings: 121 CAP in 263 days

**Omeprazole 40 MG Cap**
Take one capsule (40 MG) by mouth each day "Chronic Care Verified"
Rx#: 498920-FTD    Doctor: Lewis, Julia APRN
Start: 07/16/20    Exp: 08/15/20    Pharmacy Dispensings: 30 CAP in 26 days

**Sulfamethoxazole/Trimeth 800mg /160mg tab**
Take one tablet  by mouth twice daily
Rx#: 495409-FTD    Doctor: Chinwalla, F. DO
Start: 05/22/20    Exp: 06/01/20    Pharmacy Dispensings: 20 TAB in 81 days

**cefTRIAXone 1 GM Inj**
Inject 1gm Intra-Muscularly each day ***pill line***
Rx#: 495408-FTD    Doctor: Chinwalla, F. DO
Start: 05/22/20    Exp: 06/01/20    Pharmacy Dispensings: 0 ea in 81 days

Bureau of Prisons - NYM

Generated 08/11/2020 06:48 by Johnson, Adam NE

| Inmate: | BASRALIAN, GARY | Reg #: | 71610-050 | Quarter: | V02-202L |
|---|---|---|---|---|---|
| Complex: | FTD-FORT DIX FCI | Begin Date: | 08/11/2019 | End Date: | 08/11/2020 |

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 11/20/2019 13:15 | Provider: | Cabanas, Robert | | Unit: | V02 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 11/20/2019 13:15

**Health Problems**
No Data Found

**Medical History as of Dental Health History Encounter date:** 11/20/2019 13:15

**Medical History:**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Ramipril | Rash | 11/18/2019 |

| | |
|---|---|
| Seizures: | Denied |
| Diabetes: | Denied |
| **Cardiovascular:** | |
| Age of Onset: | Adult (61-70 Years) |
| Hx of Shortness of Breath: | No |
| Hx of Rheumatic Fever: | No |
| Hx of Valvular Disease: | No |
| Hx of SBE Prophylaxis: | No |
| Hx of Chest Pain: | No |
| Hx of Murmur: | No |
| Hx of CAD: | No |
| Hx of CHF: | No |
| Hx of Blood Clot: | No |
| Pacemaker: | No |
| Defibrillator: | No |
| Edema: | No |
| CABG: | 2015 |
| Comments: | |
| CVA: | Denied |
| **Hypertension:** | |
| Age of Onset: | Adult (41-50 Years) |
| Comments: | |
| **Respiratory:** | Denied |
| Sickle Cell Anemia: | Denied |
| Carcinoma/Lymphoma: | Denied |

| Inmate Name: | BASRALIAN, GARY | Sex: | M | Race: | WHITE | Provider: | Cabanas, Robert | Unit: | V02 |
|---|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | | | | | | | Facility: | FTD |
| Encounter Date: | 11/20/2019 13:15 | | | | | | | Reg #: | 71610-050 |

**HIV History:**

| When Tested: | 2015 |
|---|---|
| Test Result: | Negative |

**When Diagnosed AIDS:**

**Last CD4:**

**Comments:** Pt indicates he had the hepatitis vac prior to 2015

| Hepatitis: | Denied |
|---|---|
| Other Infectious Diseases: | Denied |

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant: N/A**

**Dental Observations as of Dental Health History Encounter date: 11/20/2019 13:15**

**History:**

| Alcohol: | Yes |
|---|---|
| Methamphetamine: | No |
| Tobacco products: | No |
| Other drugs: | No |
| Sensitive teeth: | No |
| Bleeding gums: | No |
| Food impaction: | No |
| Pain around ear: | No |
| Toothache: | No |
| Wear partial dentures: | No |
| Unusual sounds while eating: | No |
| Snoring: | No |
| Blisters on lips or mouth: | No |
| Clenching or grinding: | No |
| Swelling or lumps in mouth/throat: | No |
| Burning tongue: | No |
| Bad breath: | No |
| Decayed teeth: | No |
| Loose teeth: | No |
| Wear dentures: | No |
| None: | Yes |

**Comments:**

| Cardiac Condition Requiring Prophylaxis: | No |
|---|---|
| Prosthetic Joint(s): | No |

| Inmate Name: | BASRALIAN, GARY | Encounter Date: | 11/20/2019 13:15 |
| --- | --- | --- | --- |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE | Provider: | Cabanas, Robert |
| Reg #: | 71610-050 | Facility: | FTD | Unit: | V02 |

**Radiation history of head or neck:**               No

**Excessive bleeding:**               No

**Bisphosphonates:**               No

**Comments:**

**Medications as of Dental Health History Encounter date:**       11/20/2019 13:15
**Medications:**
Aspirin 81 MG EC Tab  Exp: 12/19/2019  SIG: Take one tablet (81 MG) by mouth each day
Atorvastatin 40 MG TAB  Exp: 12/19/2019  SIG: Take one tablet (40 MG) by mouth each evening
Metoprolol Tartrate  25 MG Tab  Exp: 12/19/2019 SIG: Take one tablet (25 MG) by mouth twice daily

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

Instructed inmate how to obtain medical, dental, and mental health care.

Copay Required:No               Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Cabanas, Robert DDS, CDO on 11/20/2019 13:15

# Bureau of Prisons
## Health Services
### Dental A&O Exam

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | Sex: M | Race: WHITE | Provider: | Cabanas, Robert DDS, | Reg #: 71610-050 |
| Date of Birth: | 07/02/1947 | | | | Facility: FTD | Unit: V02 |
| Encounter Date: | 11/20/2019 13:18 | | | | | |

**Reviewed Health Status:**   Yes

**Occlusion:**   Class I

**Oral Hygiene:** Fair

**CPITN:**

| | | |
|---|---|---|
| 2 | 2 | 2 |
| 2 | 2 | 2 |

**Hard and soft tissue examination performed and documented on BP618 form:**   No

**Head & Neck/Soft Tissue within normal limits?**

**Comments:**

| Decayed: | Missing: | Filled: |
|---|---|---|
| 0 | 4 | 15 |

**Comments:**

Approved for hygiene appointment and radiographs:   Yes

Instructed inmate how to obtain routine and emergency dental care.   Oral hygiene instructions given:   Yes

Dental A&O Screening Exam findings entered on BASRALIAN, GARY by Cabanas, Robert DDS, CDO on 11/20/2019 13:18.

Nichols Institute, Chantilly

**SPECIMEN INFORMATION**
SPECIMEN: CH74355SM
REQUISITION: 0000485
LAB REF NO.: 3092000485

**PATIENT INFORMATION**
BASRALIAN, GARY
DOB: 07/02/1947   Age: 73Y   SEX: M

ORDERING PHYSICIAN

**CLIENT INFORMATION**
3092
FCI - FORT DIX - FTD
5756 HARTFORD   POINTVILLE RD
FORT DIX, NJ 08640

ID: 71610-050
PHONE: 609 7232100

| REPORT STATUS | Final |
|---|---|

COLLECTED: 07/13/2020   09:00
RECEIVED: 07/14/2020   15:18
REPORTED: 07/15/2020   05:04

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA (COVID 19), QL, NAAT | | | | |
| SARS CoV 2 RNA (COVID 19), QL, NAAT | | | | |
| SARS COV 2 RNA | Not Detected | | Not Detected | AMD |

A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection. A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations, and epidemiological data, in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/ QuestIVD/fact-sheet.html,
https://www.questdiagnostics.com/home/Covid-19/, Patients/QuestIVD/fact-sheet.html.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology:   Nucleic Acid Amplification Test (NAAT)

Page 1 - Continued on Page 2

PATIENT INFORMATION
BASRALIAN, GARY

REPORT STATUS Final

Nichols Institute, Chantilly

ORDERING PHYSICIAN

DOB: 07/02/1947 Age: 73Y
SEX: M
ID: 71610-050

COLLECTED: 07/13/2020 09:00
REPORTED: 07/15/2020 04:05

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT (Continued) | | | | |
| SARS CoV 2 RNA (Continued) | | | | |
| | includes PCR or TMA | | | |
| | Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19 | | | |

---

Performing Laboratory Information:

AMD Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA 20151 Laboratory Director: Patrick W Mason, M.D.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/17/2020 06:53 | Provider: | Lab Result Receive | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 07/20/2020 17:11.**

**REPORT STATUS  Final**

**PATIENT INFORMATION**
**BASRALIAN, GARY**

ORDERING PHYSICIAN
**DR TURNER-FOSTER**
DOB: 07/07/1947    Age: 72Y    SEX: M

CLIENT INFORMATION
3092
FCI - FORT DIX - FTD
5756 HARTFORD   POINTVILLE RD
FORT DIX, NJ 08640

ID: 71610-050
PHONE: 609 7231100

SPECIMEN INFORMATION
Nichols Institute, Chantilly
LAB REF NO: 3092000000388
REQUISITION: 0000388
SPECIMEN: CH43201 6M

COLLECTED: 06/25/2020   10:00
RECEIVED:  06/26/2020   22:51
REPORTED:  06/27/2020   17:37

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS COV 2 RNA(COVID 19), QL NAAT | | | | |
| SARS COV 2 RNA | | Not Detected | Not Detected | AMD |

A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.
A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/QuestIVD-fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/Patients/QuestIVD-fact-sheet.html.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT)

Page 1 - Continued on Page 2

BASRALIAN, GARY - CH43201 6M

PATIENT INFORMATION
**BASRALIAN, GARY**

REPORT STATUS **Final**

Nichols Institute, Chantilly

DOB: 07/02/1947 Age: 72Y
SEX: M
ID: 71610-050

ORDERING PHYSICIAN
**DR TURNER-FOSTER**

COLLECTED: 06/25/2020 10:00
REPORTED: 06/27/2020 17:37

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT (Continued) | | | | |
| SARS CoV 2 RNA (Continued) | | | | |
| | includes PCR or TMA | | | |
| | Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19 | | | |

---

**Performing Laboratory Information:**

AMD Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA 20151 Laboratory Director: Patrick W Mason, M.D.

Bureau of Prisons - FTD

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | |
|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Race: | WHITE |
| Encounter Date: | 06/29/2020 08:06 | Facility: | FTD |
| Sex: | M | | |
| Provider: | Lab Result Receive | | |

**Cosigned with New Encounter Note by Turner-Foster, Nicoletta MD/CD on 07/06/2020 10:21.**



**Federal Bureau of Prisons**

## U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BASRALIAN, GARY | **Facility** FCI Fort Dix | **Collected** 03/19/2020 07:59, |
| **Reg #** 71610-050 | **Order Unit** VO2-143L | 03/20/2020 12:50 |
| **DOB** 07/02/1947 | **Provider** Julia Lewis, APRN | **Received** 03/20/2020 10:49 |
| **Sex** M | | **Reported** 03/20/2020 12:50 |
| | | **LIS ID** 0642071880 |

**REFUSAL / REJECT**

MCV indices may be altered due to lack of refrigeration during shipment.

Complete

**FLAG LEGEND**   L=Low  Li=Low Critical  H=High  Hi=High Critical  A=Abnormal  Ai=Abnormal Critical

Page 1 of 1

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/20/2020 12:50 | Provider: | Lab Result Receive | Facility: | FTD |

**Reviewed by Lewis, Julia APRN on 03/20/2020 12:56.**

Bureau of Prisons - FTD

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | BASRALIAN, GARY | Sex: | M | Provider: | Lab Result Receive | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | | | | | Race: | WHITE |
| Encounter Date: | 03/20/2020 12:50 | | | | | Facility: | FTD |

Cosigned by Sceusa, Carl MD/CCHP on 03/24/2020 15:10.



# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BASRALIAN, GARY | **Facility** FCI Fort Dix | **Collected** 03/19/2020 07:59, 03/20/2020 12:50 |
| **Reg #** 71610-050 | **Order Unit** V02-143L | **Received** 03/20/2020 10:49 |
| **DOB** 07/02/1947 | **Provider** Julia Lewis, APRN | **Reported** 03/20/2020 13:20 |
| **Sex** M | | **LIS ID** 0642018880 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | 143 | | 137-148 | mmol/L |
| Potassium | 4.0 | | 3.5-5.0 | mmol/L |
| Chloride | 103 | | 99-114 | mmol/L |
| CO2 | 25 | | 22-30 | mmol/L |
| BUN | 24 | H | 7-22 | mg/dL |
| Creatinine | 0.75 | | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | >60 | | | |
| | GFR units measured as mL/min/1.73 m²/2. If African American multiply by 1.210. A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period. | | | |
| Calcium | 9.3 | | 8.5-10.9 | mg/dL |
| Glucose | 76 | | 70-110 | mg/dL |
| AST | 37 | | 11-55 | U/L |
| ALT | 25 | | <50 | U/L |
| Alkaline Phosphatase | 52 | | 41-133 | U/L |
| Bilirubin, Total | 0.7 | | 0.2-1.3 | mg/dL |
| Total Protein | 6.7 | | 6.0-8.2 | g/dL |
| Albumin | 4.2 | | 3.6-5.1 | g/dL |
| Globulin | 2.5 | | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 1.70 | | 1.00-2.30 | |
| Anion Gap | 15.0 | | 9.0-19.0 | |
| BUN/Creat Ratio | 32.7 | H | 5.0-30.0 | |
| Cholesterol | 135 | | <200 | mg/dL |
| Triglycerides | 90 | | 10-150 | mg/dL |
| HDL Cholesterol | 40 | | 40-60 | mg/dL |
| LDL Cholesterol (calc) | 77 | | 0-130 | mg/dL |
| Chol/HDL Ratio | 3.4 | | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| T4, Free | 1.30 | | 0.78-2.19 | ng/dL |
| PSA, Total | 2.070 | | 0.064-4.000 | ng/mL |
| TSH | 2.230 | | 0.465-4.680 | uIU/mL |

FLAG LEGEND    L=Low  Li=Low Critical  H=High  Hi=High Critical    A=Abnormal  Al=Abnormal Critical



Federal Bureau of Prisons

**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BASRALIAN, GARY | **Facility** FCI Fort Dix | **Collected** 03/19/2020 07:59, 03/20/2020 12:50 |
| **Reg #** 71610-050 | **Order Unit** V02-143L | **Received** 03/20/2020 10:49 |
| **DOB** 07/02/1947 | **Provider** Julia Lewis, APRN | **Reported** 03/20/2020 13:20 |
| **Sex** M | | **LIS ID** 064201880 |

**HEMOGLOBIN A1C**

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C<br>5.7 - 6.4 Increased Risk<br>> 6.4 Diabetes | H | 5.7 | <5.7 | % |

**FLAG LEGEND** L=Low L!=Low Critical H=High H!=High Critical A=Abnormal A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/20/2020 13:39 | Provider: | Lab Result Receive | Facility: | FTD |

**Reviewed by Lewis, Julia APRN on 03/23/2020 10:37.**

Bureau of Prisons - FTD

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | BASRALIAN, GARY | Sex: | M | Lab Result Recieve | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | | | | Race: | WHITE |
| Encounter Date: | 03/20/2020 13:39 | Provider: | | | Facility: | FTD |

Cosigned by Sceusa, Carl MD/CCHP on 03/24/2020 15:10.



Federal Bureau of Prisons

**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BASRALIAN, GARY | **Facility** FCI Fort Dix | **Collected** 02/13/2020 08:33 |
| **Reg #** 71610-050 | **Order Unit** V02-143L | **Received** 02/14/2020 11:08 |
| **DOB** 07/02/1947 | **Provider** Carl Sceusa, MD CCHP | **Reported** 02/14/2020 14:14 |
| **Sex** M | | **LIS ID** 021201619 |

## HEPATITIS

| | | |
|---|---|---|
| Hep C Ab | Negative | Negative |

**FLAG LEGEND** L=Low L!=Low Critical H=High H!=High Critical A=Abnormal A! =Abnormal Critical

**Federal Bureau of Prisons**

## U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BASRALIAN, GARY | **Facility** FCI Fort Dix | **Collected** 02/13/2020 08:33 |
| **Reg #** 71610-050 | **Order Unit** VO2-143L | **Received** 02/14/2020 11:08 |
| **DOB** 07/02/1947 | **Provider** Carl Sceusa, MD CCHP | **Reported** 02/14/2020 14:14 |
| **Sex** M | | **LIS ID** 02120161919 |

| HIV | | |
|---|---|---|
| HIV 1/2 (4th generation) | Negative | Negative |
| Screening test - See confirmatory testing for Reactive results | | |

**FLAG LEGEND**  L=Low  Li=Low Critical  H=High  Hi=High Critical  A|=Abnormal  A=Abnormal Critical

Page 2 of 2



# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/14/2020 14:15 | Provider: | Lab Result Receive | Facility: | FTD |

**Cosigned with New Encounter Note by Sceusa, Carl MD/CCHP on 02/26/2020 12:07.**

reg# 71610-050
Basradian, Larry

**MEDICAL RECORD** — **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 5/23/20 | Basradian - IM assessed in 5851 isolated unit. IM has no c/o of covid symptoms aaox3, appears in no distress. respirations even and unlabored skin warm and dry. Ambulates with a steady gait around housing unit. B/P 124/80, P-66 R-18, pulse ox 96% temp 97.7 ——— JH — RN |
| 5/24/20 | 9:00am - IM assessed in 5851 isolated unit with no changes from yesterdays assessment. Vitals stable B/P 155/76 pulse 104 R-18 pulse ox 99% temp 98.6. — JH — RN |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

PREVIOUS EDITION IS USABLE
AUTHORIZED FOR LOCAL REPRODUCTION

ID:	71610050
DOB:
Gender:

Name:	Basralian, Gary
Comments:

3/2/2020 7:39:34 AM
P/PR:	120/182 ms
QRS:	178 ms
QT/QTc:	482/463 ms
P/QRS/T Axis:	59/-37/86 deg
Heart Rate:	53 BPM

warning: age not available, assumed 35 years
warning: sex not available, assumed male
sinus rhythm (slow)
LBBB
QRS = 178 ms
R < 0.25 mV in V1
no Q in I V6 V6
notched R in I aVL V5 V6
slight high-lateral repolarization disturbance secondary to LBBB
Abnormal ECG



ID:          716100050
DOB:
Gender:

Name:        Basralian, Gary
Comments:

3/2/2020 7:40:16 AM

P/PR:        114/176 ms
QRS:         178 ms
QT/QTc:      480/451 ms
P/QRS/T Axis: 60/-37/88 deg
Heart Rate:  53 BPM

warning: age not available, assumed 35 years
warning: sex not available, assumed male
sinus rhythm (slow)
LBBB          QRS = 178 ms
R < 0.25 mV in V1
no Q in I V5 V6
notched R in I aVL V5 V6
slight high-lateral repolarization disturbance secondary to LBBB
negative T in aVL

Abnormal ECG

Unconfirmed Report

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/11/2020 10:20 EST | | | Facility: | FTD |

**Reviewed with New Encounter Note by Turner-Foster, Nicoletta MD/CD on 04/17/2020 21:40.**

https://clients.statrad.com/Report/ViewReport?message=oMYuCgo4GEZi4N_JAz_8g11&...   1/21/2020



statrad®
Leading Teleradiology

# FCI Fort Dix FTD

| | | | |
|---|---|---|---|
| Patient: | BASRALIAN, GARY (Male) | DOB: | 07/02/47 |
| Register#: | 71610-050 | Age: | 72 |
| Date: | 01/17/20 10:00 | Status: | OP |
| Sitecount: | 8 | | |
| History: | hx flat feet pain | | |
| Exams: | FILM BILATERAL FEET | | |
| Phone: | | | |
| Referring Phy: | | | |
| Ordering Phy: | sceusa camp | | |
| Ordering Phy #: | 609 723 1100 x1175 | | |

Accession Numbers: 202#BOP0014894B

## Final Report

**Exam: FILM BILATERAL FEET**

HISTORY: History of flat feet. Pain.

TECHNIQUE: Nonweightbearing AP, oblique and lateral views of each foot. Weightbearing lateral views of each foot.

COMPARISON: None

FINDINGS:

Right: Normal bone mineralization. There is mild pes planus deformity on the weightbearing lateral view. No acute fracture, dislocation. Metatarsus primus varus and hallux valgus with osseous and soft tissue bunion formation. First metatarsophalangeal angle is 16°. Mild osteoarthritis of the great toe MTP joint with mild-moderate joint space narrowing and small marginal osteophytes. The other remaining joint spaces are maintained. No articular or periarticular erosions. Soft tissues appear unremarkable. Incidental note is made of an os trigonum.

Left: Normal bone mineralization. There is mild pes planus deformity on the weightbearing lateral view. No acute fracture. Metatarsus primus varus and hallux valgus with osseous and soft tissue bunion formation. First metatarsophalangeal angle is 18°. Mild osteoarthritis of the great toe MTP joint with mild joint space narrowing with small marginal osteophytes. The other remaining joint spaces are maintained. No articular or periarticular erosions. Soft tissues appear unremarkable.

IMPRESSION:
1. Bilateral metatarsus primus varus and hallux valgus with osseous and soft tissue bunion formation.
Right first metatarsophalangeal angle is 16°. Left first metatarsophalangeal angle is 18°.
2. Mild pes planus deformity bilaterally on the weightbearing lateral views.
3. Mild osteoarthritis of the bilateral great toe MTP joints.
4. No acute bony abnormalities.
5. Incidental note of right os trigonum.



Radiologist: Justin Yoon, MD

Study ready at 10:03 and initial results transmitted at 17:46

Case 2:18-cr-00515-MCA Document 34-8 Filed 12/01/20 Page 42 of 47 PageID: 673

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Scanned Date: | 01/21/2020 11:27 EST | | | Facility: | FTD |

**Reviewed by Sceusa, Carl MD/CCHP on 01/23/2020 12:53.**

ID: 71810050
DOB: 7/2/1947 (72 yr)
Gender:

Name: Basralian, Gary
Comments:

11/17/2019 5:44:57 AM
P/PR: 118/162 ms
QRS: 180 ms
QT/QTc: 462/462 ms
P/QRS/T Axis: 58/-19/100 deg
Heart Rate: 60 BPM

warning: sex not available, assumed male
sinus rhythm
pronounced LBBB
  QRS = 180 ms
R < 0.26 mV in V1
no Q in I V6 V6
R < 0.15 mV in V5
notched R in I II aVL V6
moderate high-lateral repolarization disturbance secondary to LBBB
large/negative T in I aVL
  with repolariz... in...
Abnormal ECG

Uncomfirmed Report

25 mm/s    10 mm/mV    Frequency Response 0.5-35 Hz    40/Wired in USA?? EQRT nix    PN 94019P    01-0315    Version 2.5.0



ID: 716100S0
DOB: 7/2/1947 (72 yr)
Gender:

Name: Bastalian, Gary
Comments:

11/17/2019  6:45:31 AM

| | |
|---|---|
| P/PR: | 116/174 ms |
| QRS: | 160 ms |
| QT/QTc: | 452/455 ms |
| P/QRS/T Axis: | 57/-24/98 deg |
| Heart Rate: | 61 BPM |

warning: sex not available, assumed male
sinus rhythm
LBBB
QRS ≥ 160 ms
R < 0.25 mV in V1
no Q in I V6 V6
R < 0.15 mV in V5
notched R in I II aVL V6
moderate high-lateral repolarization disturbance secondary to LBBB
large negative T in aVL
with negative T in I
Abnormal ECG

25 mm/s    10 mm/mV    Frequency Response in 5..361 Hz  60 Hz  [2]    PCI EGPT DX

P/N 940198    Version 2.5.0

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Scanned Date: | 11/26/2019 07:43 EST | | | Facility: | FTD |

**Reviewed by Sceusa, Carl MD/CCHP on 11/26/2019 11:22.**

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

# A&O DENTAL EXAMINATION

(Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS

RIGHT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
LEFT

Occlusion: CLASS- I

| Oral Hygiene: | Good | Fair | Poor |
|---|---|---|---|
| | | ✓ | |
| CPITN: | 2 | 2 | 2 |
| | 2 | 2 | 2 |

Head & Neck / Soft Tissue: WNL

D: Ø
M: 4
F: 15

Classification: CLASS- I

Pain Scale: Ø/10

Dental Prostheses at Intake:
Yes (No)
Type:
Age:
Condition:

Comments:

Intra-oral Photos Taken:
Yes
No ✓

Radiographs Taken: (Document findings on A&O encounter)
Yes
No ✓

Instructed how to obtain urgent and non-urgent dental care: Yes: ✓ No:

| Treatment Priorities: | None: NONE | Non-urgent: | Urgent: Referred to Sick Call: |
|---|---|---|---|

Radiographs authorized:
PAs: ✓
BWs: ✓
Panorex: ✓

Prophylaxis authorized: Yes ✓ No
(Approval valid 18 months from examination date)

Patient Name: Barsalian, Gary

Dentist Signature: [signature]

| Register Number: | Institution: | Date: | Signature Block/Stamp: |
|---|---|---|---|
| 71610-050 | FPC FTD | 11/20/2019 | R. Cabanas / CDO |

PDF Prescribed by P6400 Replaces BP-A0618 of JUN 10