# EXHIBIT A

# Tamra Katcher

| | |
|---|---|
| **From:** | BASRALIAN GARY (71610050) |
| **Sent Date:** | Sunday, October 4, 2020 9:34 PM |
| **To:** | tkatcher@remlawgroup.com |
| **Subject:** | info |

Tamra

that it's not safe here and without saying as many words, knows that they've been avoiding the truth.
If you read the section that describes the Government attempt to downplay some of his conditions, suggesting helpful tip to persons such as Brown, like, "live a healthy lifestyle, eat plenty of fruits and vegetables, exercise 30 minutes per day five days per week and at the same time describing how the BOP has "severely limited the movement of inmates and detainees" and "requires hat all inmates in every BOP institution be secured in their assigned cells/quarters, in order to stop any spread of the disease.
A notable outbreak did occur and in the ACLU suit (quoted here) in states the 58 cases but the government still wants to say only 37. Fort Dix moved men to the Low to reduce the reportable numbers.

s. This is true in many cases; the medical reports are padded and illnesses reduced to nothing. Records are incomplete. Medical care is abysmal.

Thank you.
Gary.

# EXHIBIT B

# Tamra Katcher

| | |
|---|---|
| **From:** | BASRALIAN GARY (71610050) |
| **Sent Date:** | Wednesday, September 23, 2020 7:07 PM |
| **To:** | tkatcher@remlawgroup.com |
| **Subject:** | update |

-There is case of COVID in the Low; apparently a new arrival tested positive and was put in quarantine.
In conversation with some staff, it became apparent that the reason the Low never reported any cases is because
they never tested. The Camp likewise is not being test anymore. Administration doesn't want to have to report
anything so not testing covers that – until more get sick.



Thanks. Best of everything.
Gary.

cc: Karen
cc: Tamra

10/9/2020

# EXHIBIT C

## Tamra Katcher

**From:** BASRALIAN GARY (71610050)

**Sent Date:** Monday, November 9, 2020 12:07 PM

**To:** tkatcher@remlawgroup.com

**Subject:** update Monday Nov 11.

Sam

Invariably Dix and the gov't gloss over the truth and just say 'all's well' and it's taken as gospel but things are not normal or right.
At last count there are 228 Covid positives in the Low so it's hard for Dix to  say they have it under control. That doesn't include the 16 or so staff and the supposed (reported, not confirmed) death or two. Staff that works in the Camp also goes to the Low so cross contamination is highly likely and that would include the COs as well as medical staff. Currently, Fort Dix is the number 1 infected facility.

A question being asked is if we, who have been positive before, are in imminent danger or not as well as all those, like me, who have medical issues making them more vulnerable.

I've given up asking to see a cardiologist and my submissions go nowhere. Even when I walk in as ask just to get my BP checked I get a run around and told to come back at which time I get told the same thing. I require blood work, echo, BP checks etc but they say it's only annual. However, re: a cardiologist, I was told he won't come here and that it has to be a video meeting yet they still won't do it. Bottom line on this; medical care at Fort Dix as run by Dr. Turner-Foster is abysmal and dangerous.

Overall Administration Staff assistance is spotty to miserable. Men can't get pattern scores, are denied release dates although due them and denied earned time credit                                                        . Staff say they have no guidance and won't do anything until 2022 - again in the face of an order.
Suffice to say, this is a rogue facility.

Thanks
Best regards.
Gary.

Also sent to:

Tamra Katcher
Joseph Basralian
Karen Topjian

11/9/2020

# EXHIBIT D

## Congress of the United States
### Washington, DC 20515

November 9, 2020

Mr. Michael Carvajal
Director
Federal Bureau of Prisons
320 First Street N.W.
Washington, DC 20534

Dear Mr. Carvajal,

We write today to express grave concerns regarding the Bureau of Prison's (BOP's) inadequate protocols for COVID-19 testing and transfers of incarcerated individuals. Specifically, we are concerned that BOP recently transferred COVID-19 positive incarcerated individuals to FCI Fort Dix, which is now facing a second, and potentially severe, COVID-19 outbreak. We strongly urge you to extend the recently enacted moratorium on transferring incarcerated individuals to FCI Fort Dix to also cover FCI Fairton, and that you continue the moratorium until BOP eradicates the new COVID-19 outbreak at the facility and formulates an effective and accurate testing strategy to protect both staff and incarcerated individuals from future outbreaks.

Prior to October, BOP had not reported any recent COVID-19 cases among incarcerated individuals or staff at FCI Fort Dix. However, in early October, BOP reportedly alerted staff at FCI Fort Dix that their facility would begin receiving transfers of incarcerated individuals from FCI Elkton in Ohio. FCI Elkton has been severely affected by COVID-19, with nearly 1,000 known cases among incarcerated individuals and staff to date.[1] Despite the known risks of transferring incarcerated individuals during a pandemic,[2] BOP transferred more than 150 incarcerated individuals from FCI Elkton to FCI Fort Dix in recent weeks. On October 28, 2020, BOP confirmed in an email to congressional staff that 54 incarcerated individuals tested positive for COVID-19 in the 5812 unit of FCI Fort Dix, which is reportedly the unit into which the individuals from FCI Elkton were transferred. On October 29, 2020, BOP confirmed that five incarcerated individuals from FCI Elkton who were transferred to FCI Fort Dix on the evening of October 28, 2020 had rapid-tested positive for COVID-19 upon arrival and were placed in isolation.

While the situation is rapidly evolving, it is clear that BOP does not have an effective plan to ensure COVID-19 positive incarcerated individuals are not transferred between facilities. The outbreak is now spreading within FCI Fort Dix, and as of November 9, 2020, there are at least 228 active COVID-19 cases among incarcerated individuals and ten active COVID-19 cases among staff members.[3] The FCI Fort Dix employees responsible for transporting the FCI Fort Elkton transfers may have been exposed to COVID-19 in transit. All incarcerated individuals and

[1] https://www.bop.gov/coronavirus/
[2] https://www.bop.gov/coronavirus/docs/cares_act.pdf
[3] https://www.bop.gov/coronavirus/

staff at FCI Fort Dix ~~and~~ the surrounding communities are now at increased risk for contracting COVID-19, with potentially deadly consequences.

In light of the rapidly escalating crisis at FCI Fort Dix, we urge you to immediately test all FCI Fort Dix incarcerated individuals and staff for COVID-19. We appreciate that BOP has instituted a temporary moratorium on transfers into FCI Fort Dix until November 23, 2020. However, rather than using an arbitrary date, we urge BOP to halt all transfers to FCI Fort Dix until BOP institutes an effective and accurate testing strategy for incarcerated individuals and staff and there are no active cases at the facility. Given that BOP does not currently have an effective strategy for safely transferring incarcerated individuals, we also request that BOP extend this moratorium to New Jersey's other facility, FCI Fairton.

In regards to an effective COVID-19 testing strategy, we strongly urge you to institute a plan to test all FCI Fort Dix incarcerated individuals and staff on at least a biweekly basis. FCI Fort Dix's employees are frontline federal workers, and it is unacceptable that BOP is not providing them with regular COVID-19 testing. By failing to test FCI Fort Dix's employees, BOP is needlessly endangering not only these employees but their families, all incarcerated individuals, and the entire surrounding community.

Additionally, we request that BOP provide detailed answers to the following questions no later than Friday, November 20, 2020:

1) Will BOP commit to halting all transfers of incarcerated individuals to FCI Fort Dix and FCI Fairton until the current COVID-19 outbreak at the facility has ended and there are no active cases among incarcerated individuals or staff?

2) During the FCI Fort Dix transfer moratorium, will BOP also commit to halting any transfers of incarcerated individuals to FCI Fairton?

3) What is BOP's plan for addressing the current COVID-19 outbreak at FCI Fort Dix, including information on testing, safety protocols, notifications to staff and incarcerated individuals, as well as any future outbreaks at FCI Fort Dix and ensuring the safety of both incarcerated individuals and staff?

4) In an email to congressional staff, BOP indicated that incarcerated individuals who had tested positive for COVID-19 in the previous 90 days and were asymptomatic were not retested before being transferred from FCI Elkton to FCI Fort Dix. Can you verify that all FCI Elkton incarcerated individuals who previously tested positive for COVID-19 received two negative COVID-19 test results before their transfer to FCI Fort Dix? Please describe, in detail, the process for testing the FCI Elkton incarcerated individuals prior to their transfer to FCI Fort Dix.

5) What is BOP's overall, long-term COVID-19 testing strategy for FCI Fort Dix? How will BOP update the COVID-19 testing strategy at FCI Fort Dix in light of the recent outbreak?

6) Will BOP begin providing COVID-19 testing to FCI Fort Dix employees? If so, how often will such testing occur?

7) How has FCI Fort Dix spent the CARES Act (P.L. 116-136) funding that has been allocated the facility? Please provide a detailed breakdown.

Thank you for your prompt consideration of this urgent matter.

Sincerely,

Robert Menendez
United States Senator

Cory A. Booker
United States Senator

Frank Pallone, Jr.
Member of Congress

Bill Pascrell, Jr.
Member of Congress

Albio Sires
Member of Congress

Donald M. Payne, Jr.
Member of Congress

Donald Norcross
Member of Congress

Bonnie Watson Coleman
Member of Congress

Josh Gottheimer
Member of Congress

Mikie Sherrill
Member of Congress

Andy Kim
Member of Congress

Tom Malinowski
Member of Congress

# EXHIBIT E

## Tamra Katcher

| | |
|---|---|
| **From:** | BASRALIAN GARY (71610050) |
| **Sent Date:** | Friday, October 2, 2020 11:08 AM |
| **To:** | tkatcher@remlawgroup.com |
| **Subject:** | Friday October 2nd. |

Several of the stated things that this facility (Camp) is supposed to provide are:

Medical services
Religous services
Psych Services
Vocational courses
Work opportunities
Productivity.
Education
Furloughs

Average ages here, approximate, by group:
Caucasians - 59
Hispanic - 35
African American - 41

This is based on our own inmate calculations.

Other than some education,  and that's only because of the need for GED courses and a teacher who is more interested in education than punishment, none of the other services are complete if exist at all now. This is a warehouse building and the men are but warehoused goods.

Today is Friday October 2nd. We had been told that the sequestering of the two wings, A & B was to end but that has changed. The restrictions will continue as will the outside rect of 3 hours per week. Understand this; we have a warden who has done nothing to speak to inmates or discuss the situation. He has not been to the camp in over 7 months. He has been said to be concerned about his own health; we don't count.

To that end, the Low had an issue with Legionnaires Disease and had to shut a building down for cleaning.

Enjoy the weekend.

# EXHIBIT F

## Tamra Katcher

| | |
|---|---|
| **From:** | BASRALIAN GARY (71610050) |
| **Sent Date:** | Sunday, September 20, 2020 8:35 AM |
| **To:** | tkatcher@remlawgroup.com |
| **Subject:** | Sunday morning |

It is 6:45 Sunday morning. Temperature in the dorm is about 50-55 degrees. The mice use your shoes for their own dorm.

After sleeping in 3 layers of clothes and a wool cap, I sit eating breakfast from a Styrofoam clamshell, at my bunk, dressed the same way but with a blanket draped over me (obviously no heat yet; too soon) We eat at our bunk, as we've been doing for the last 6 months as we are not allowed to use the chow hall. Dining at the bunk is just one other result of a misguided management using COVID-19 as an excuse not to have to clean. Eating food where you sleep and rodents roam is seemingly a better decision.

The stench coming from the lavatory mixes with the rest of the natural odors of 75 men (per dorm); urinals are not working, backed up, and haven't been repaired in weeks. Lavs are great meeting places not the least for which to exercise in 24/7.

The concern for another outbreak of COVID-19 or a new strain must not be great as the intent to bring more men from another location to re-fill the Camp to it's pre-outbreak numbers was confirmed by the Unit manager. A total of 200 will be coming to Fort Dix to be spread out between the Low and Camp (approx 140 and 60 respectively). Elkton, Ohio is the source and that location also had an outbreak and a federal judge had said to reduce their numbers. Fort Dix is the largest camp in the system and destined to be even more so. ████████

The fear of a new outbreak is real; the words  "I'm scared" are not unusual. Disgust at the deliberate indifference is even greater.

There has not been one upgrade of any piece of equipment, appliance or device in Camp Fort Dix that would is used by an inmate. As I write this, I can listen to the melodious sound of a dryer squeaking away as a ball bearing in the tumbler is being shredded out of existence. Even the library copy machine has been out of service for 2 weeks and despite calls for service, is not likely to be repaired. A new one is reportedly sitting in storage (some say waiting to be delivered to a home outside the fence!).

Time to go do some push-ups and warm up!

Happy final day of summer!

# EXHIBIT G

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M   Race: WHITE | Facility: | FTD |
| Note Date: | 07/16/2020 14:33 | Provider: | Lewis, Julia APRN | Unit: | V02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Lewis, Julia APRN

72 y/o Caucasian male patient reports to health services for sick call with requests for refill of omeprazole.  Chronic care visit pending.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 481330-FTD | Omeprazole 40 MG Cap | 07/16/2020 14:33 |

**Prescriber Order:**   Take one capsule (40 MG) by mouth each day "Chronic Care Verified" x 30 day(s)

Indication:   Gastro-esophageal reflux disease with esophagitis

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lewis, Julia APRN on 07/16/2020 14:41

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 07/10/2020 13:19 | Provider: | Taege, Brian RN | Unit: | R02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**       Provider:   Taege, Brian RN
        Send-out COVID testing. On quarantine.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 07/11/2020 00:00 | Routine |

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Taege, Brian RN on 07/10/2020 13:20
Requested to be cosigned by  Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/10/2020 13:19 | Provider: | Taege, Brian RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 07/10/2020 13:52.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M      Race: WHITE | Facility: | FTD |
| Note Date: | 07/06/2020 10:21 | Provider: | Turner-Foster, Nicoletta | Unit: | R02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**     Provider:  Turner-Foster, Nicoletta MD/CD
          06/25/2020 SARS-CoV-2 (-)


**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved

Coronavirus COVID-19 test negative, Z03818-c19 – Current

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Turner-Foster, Nicoletta MD/CD on 07/06/2020 10:22

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 06/28/2020 12:33 | Provider: Orapello, Brian RN | Unit: R02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1        Provider:   Orapello, Brian RN

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851. Today he has no complaints.

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/28/2020 | 12:01 FTD | 97.9 | 36.6 | Forehead | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/28/2020 | 12:01 FTD | 58 | Via Machine | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/28/2020 | 12:01 FTD | 16 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/28/2020 | 12:01 FTD | 130/75 | Right Arm | Sitting | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/28/2020 | 12:01 FTD | 100 | Room Air | Pugliese, Nicole RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Cardiovascular**
**Observation**
Yes: Within Normal Limits
**Gastrointestinal**
**General**
Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: 06/28/2020 12:33 | Provider: Orapello, Brian RN | Unit: | R02 |

**Exam:**

**Genitourinary**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

72 yo male patient is being evaluated this AM for COVID-19.

IM denies any covid-19 like symptoms and is asymptomatic at this time. He has no complaints today.

IM is isolated in unit 5851. IM aaox3 appears in no acute distress, facial symmetry noted, grasps equal, mucosa pink and moist, respirations even and unlabored, denies SOB, denies diarrhea, voiding with no difficulty, skin intact and WNL. Ambulatory with a steady gait around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated. PCPT/MD notified of assessment.  Inmate will continue to be monitored by HSU staff.

Inmate was instructed to notify HSU staff if he develops symptoms.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/28/2020 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 06/28/2020 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Chinwalla, F. DO
**Telephone or Verbal order read back and verified.**

Completed by Orapello, Brian RN on 06/28/2020 12:43
Requested to be cosigned by  Chinwalla, F. DO.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Turner-Foster, Nicoletta MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons
Health Services
Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/28/2020 12:33 | Provider: | Orapello, Brian RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 08/03/2020 15:03.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: 07/02/1947 | Sex: M   Race: WHITE | Facility: | FTD |
| Encounter Date: 06/27/2020 11:05 | Provider: Orapello, Brian RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:  Orapello, Brian RN

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.  Today he has no complaints.

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/27/2020 | 15:09 FTD | 98.2 | 36.8 | Forehead | Orapello, Brian RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/27/2020 | 15:09 FTD | 75 | Via Machine | Regular | Orapello, Brian RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/27/2020 | 15:09 FTD | 16 | Orapello, Brian RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/27/2020 | 15:09 FTD | 129/73 | Left Arm | Sitting | Adult-regular | Orapello, Brian RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/27/2020 | 15:09 FTD | 94 | Room Air | Orapello, Brian RN |

Exam:
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits
  **Gastrointestinal**
    **General**
      Yes: Within Normal Limits

| Inmate Name: | BASRALIAN, GARY | | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race:  WHITE | Facility: | FTD |
| Encounter Date: | 06/27/2020 11:05 | Provider: | Orapello, Brian RN | | Unit: | R02 |

**Exam:**

> **Genitourinary**
>> **General**
>>> Yes: Within Normal Limits

**ASSESSMENT:**

> Other

> 72 yo male patient is being evaluated this AM for COVID-19.

> IM denies any covid-19 like symptoms and is asymptomatic at this time. He has no complaints today.

> IM is isolated in unit 5851. IM aaox3 appears in no acute distress, facial symmetry noted, grasps equal, mucosa pink and moist, respirations even and unlabored, denies SOB, denies diarrhea, voiding with no difficulty, skin intact and WNL. Ambulatory with a steady gait around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated. PCPT/MD notified of assessment.  Inmate will continue to be monitored by HSU staff.

> Inmate was instructed to notify HSU staff if he develops symptoms.

**PLAN:**

**Disposition:**

> Follow-up at Sick Call as Needed
> Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/27/2020 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 06/27/2020 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes    **By:**  Chinwalla, F. DO
**Telephone or Verbal order read back and verified.**

Completed by Orapello, Brian RN on 06/27/2020 15:11
Requested to be cosigned by  Chinwalla, F. DO
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Turner-Foster, Nicoletta MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/27/2020 11:05 | Provider: | Orapello, Brian RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/27/2020 15:20.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #:  71610-050 |
| Date of Birth: | 07/02/1947 | Sex:  M  Race:  WHITE | | Facility:  FTD |
| Encounter Date: | 06/26/2020 12:28 | Provider:  Orapello, Brian RN | | Unit:  R02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Orapello, Brian RN

Chief Complaint:    INFECTIOUS DISEASE

Subjective:    72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.  Today he has no complaints.

Pain:    No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/26/2020 | 12:27 FTD | 97.9 | 36.6 | Forehead | Orapello, Brian RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/26/2020 | 12:27 FTD | 77 | Via Machine | Regular | Orapello, Brian RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/26/2020 | 12:27 FTD | 16 | Orapello, Brian RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/26/2020 | 12:27 FTD | 132/78 | Left Arm | Sitting | Adult-regular | Orapello, Brian RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/26/2020 | 12:27 FTD | 97 | Room Air | Orapello, Brian RN |

**Exam:**
   **General**
      **Affect**
         Yes: Cooperative
      **Appearance**
         Yes: Alert and Oriented x 3
   **Eyes**
      **General**
         Yes: PERRLA, Extraocular Movements Intact
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits

| Inmate Name: BASRALIAN, GARY | | Reg #: 71610-050 |
|---|---|---|
| Date of Birth: 07/02/1947 | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 06/26/2020 12:28 | Provider: Orapello, Brian RN | Unit: R02 |

**Exam:**

**Gastrointestinal**

**General**

Yes: Within Normal Limits

**Genitourinary**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

72 yo male patient is being evaluated this AM for COVID-19.

IM denies any covid-19 like symptoms and is asymptomatic at this time. He has no complaints today.

IM is isolated in unit 5851. IM aaox3 appears in no acute distress, facial symmetry noted, grasps equal, mucosa pink and moist, respirations even and unlabored, denies SOB, denies diarrhea, voiding with no difficulty, skin intact and WNL. Ambulatory with a steady gait around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated. PCPT/MD notified of assessment.  Inmate will continue to be monitored by HSU staff.

Inmate was instructed to notify HSU staff if he develops symptoms.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/26/2020 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 06/26/2020 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Chinwalla, F. DO

**Telephone or Verbal order read back and verified.**

Completed by Orapello, Brian RN on 06/26/2020 12:31
Requested to be cosigned by  Chinwalla, F. DO.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Turner-Foster, Nicoletta MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/26/2020 12:28 | Provider: | Orapello, Brian RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/27/2020 14:46.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name:  BASRALIAN, GARY | |
| Date of Birth:  07/02/1947 | Sex:  M   Race:  WHITE |
| Encounter Date:  06/25/2020 09:51 | Provider:  Hernandez, Jessica RN |

Reg #:  71610-050
Facility:  FTD
Unit:  R02

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  Hernandez, Jessica RN

Chief Complaint:   No Complaint(s)
Subjective:    Evaluation of isolated covid-19 IM
**Pain:**       No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/25/2020 | 09:53 FTD | 97.9 | 36.6 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/25/2020 | 09:53 FTD | 71 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/25/2020 | 09:53 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/25/2020 | 09:53 FTD | 154/83 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/25/2020 | 09:53 FTD | 98 | Room Air | Hernandez, Jessica RN |

**Exam:**
**General**
   **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
**Skin**
   **General**
      Yes: Within Normal Limits, Dry, Skin Intact
**Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
      No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

| Inmate Name: | BASRALIAN, GARY | | | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: WHITE | | Facility: | FTD |
| Encounter Date: | 06/25/2020 09:51 | Provider: | Hernandez, Jessica RN | | | Unit: | R02 |

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/25/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/25/2020 09:55
Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 06/25/2020 09:51 | Provider: | Hernandez, Jessica RN | | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/26/2020 18:22.**

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | | Facility: | FTD |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: WHITE | Unit: | R02 |
| Note Date: | 06/24/2020 13:16 | Provider: | Hernandez, Jessica RN | | | |

Admin Note – Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Hernandez, Jessica RN
   Covid Testing

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 06/25/2020 00:00 | Routine |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Hernandez, Jessica RN on 06/24/2020 13:18

Requested to be cosigned by  Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/24/2020 13:16 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/25/2020 17:43.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: M   Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/24/2020 10:04 | Provider: Hernandez, Jessica RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Hernandez, Jessica RN

Chief Complaint:   No Complaint(s)

Subjective:   Evaluation of isolated covid-19 IM

**Pain:**        No

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/24/2020 | 10:04 | FTD | 98.2 | 36.8 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 06/24/2020 | 10:04 | FTD | 63 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 06/24/2020 | 10:04 | FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 06/24/2020 | 10:04 | FTD | 128/77 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 06/24/2020 | 10:04 | FTD | 96 | Room Air | Hernandez, Jessica RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: M | Race: WHITE | Facility: FTD |
| Encounter Date: | 06/24/2020 10:04 | Provider: | Hernandez, Jessica RN | Unit: R02 |

housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hernandez, Jessica RN on 06/24/2020 10:06

Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/24/2020 10:04 | | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/25/2020 17:59.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: M  Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/23/2020 12:29 | Provider: Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Pugliese, Nicole RN

Chief Complaint:  INFECTIOUS DISEASE

Subjective:  Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is currently in isolation in unit 5851.

Pain:  No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/23/2020 | 12:29 FTD | 98.2 | 36.8 | Forehead | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2020 | 12:29 FTD | 60 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2020 | 12:29 FTD | 16 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/23/2020 | 12:29 FTD | 129/76 | Right Arm | Sitting | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/23/2020 | 12:29 FTD | 99 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**
  **Affect**
    Yes: Pleasant, Cooperative
  **Appearance**
    Yes: Alert and Oriented x 3

**Skin**
  **General**
    Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**
  **General**
    Yes: Within Normal Limits

**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits

| Inmate Name: | BASRALIAN, GARY | | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/23/2020 12:29 | Provider: | Pugliese, Nicole RN | | Unit: | R02 |

**Exam:**

    **Cardiovascular**

        **Observation**

            Yes: Within Normal Limits

    **Gastrointestinal**

        **General**

            Yes: Within Normal Limits

            No: Diarrhea, Vomiting

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

    This 72 yo male patient is being evaluated this AM for COVID-19.
    IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment. Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

    To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/23/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pugliese, Nicole RN on 06/23/2020 12:33

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/23/2020 12:29 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

Cosigned by Chinwalla, F. DO on 06/23/2020 18:21.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M    Race:  WHITE | Facility: | FTD |
| Encounter Date: | 06/22/2020 10:44 | Provider: | Pugliese, Nicole RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Pugliese, Nicole RN

Chief Complaint:    INFECTIOUS DISEASE

Subjective:      Inmate BASRALIAN is a 72 yo male patient is being evaluated this AM for COVID-19. He is
currently in isolation in unit 5851.

**Pain:**          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/22/2020 | 10:52 FTD | 97.3 | 36.3 | | Pugliese, Nicole RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2020 | 10:52 FTD | 64 | | | Pugliese, Nicole RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2020 | 10:52 FTD | 16 | Pugliese, Nicole RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/22/2020 | 10:52 FTD | 123/77 | | | | Pugliese, Nicole RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/22/2020 | 10:52 FTD | 100 | Room Air | Pugliese, Nicole RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Mouth**

**Mucosa**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| Inmate Name:   BASRALIAN, GARY | | Reg #:   71610-050 |
|---|---|---|
| Date of Birth:   07/02/1947 | Sex:   M   Race:   WHITE | Facility:   FTD |
| Encounter Date:  06/22/2020 10:44 | Provider:  Pugliese, Nicole RN | Unit:   R02 |

**Exam:**

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits

**Gastrointestinal**

    **General**

        Yes: Within Normal Limits

        No: Diarrhea, Vomiting

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

This 72 yo male patient is being evaluated this AM for COVID-19.
IM is isolated in unit 5851. He ambulates with a steady gait. AAOx3. VS Stable. Skin pwd, He denies SOB, cough, diarrhea, n/v. He is in no acute distress. Respirations are clear and unlabored. He has no neurological deficit. PERRLA. Inmate denies any injury. Inmate specifically denies loss of consciousness, nausea, vomiting, unilateral weakness, abdominal pain, headache, blurred vision, throat pain, and malaise. Inmate denies head, neck and back pain. Inmate denies trauma. Inmate denies PREA questions. PCPT/MD notified of assessment.  Inmate will continue to be monitored by HSU staff. Inmate was instructed to notify HSU staff if symptoms worsen.

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2020 | Counseling | Access to Care | Pugliese, Nicole | Verbalizes Understanding |
| 06/22/2020 | Counseling | Plan of Care | Pugliese, Nicole | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Pugliese, Nicole RN on 06/22/2020 10:56

Requested to be cosigned by  Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Turner-Foster, Nicoletta MD/CD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/22/2020 10:44 | Provider: | Pugliese, Nicole RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/22/2020 14:12.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M   Race:   WHITE | Facility: | FTD |
| Encounter Date: | 06/21/2020 11:45 | Provider: | Newbury, R. RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Newbury, R. RN

   **Chief Complaint:** No Complaint(s)
   **Subjective:**   Evaluation performed on pt in the designated Covid isolation unit.
   **Pain:**          No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/21/2020 | 10:06 FTD | 97.9 | 36.6 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/21/2020 | 10:06 FTD | 62 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/21/2020 | 10:06 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/21/2020 | 10:06 FTD | 120/70 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/21/2020 | 10:06 FTD | 96 | Room Air | Hernandez, Jessica RN |

**Exam:**
   **General**
      **Affect**
         Yes: Pleasant
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress
   Evaluation performed on pt in the designated Covid isolation unit.
   Pt denies pain. Pt denies any respiratory complaints. Cough denied.
   Pt was told to stay well hydrated, eat light meals and stay active as tolerated.
   Pt was made aware of the procedure for accessing Health Services.

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M   Race:   WHITE | Facility: | FTD |
| Encounter Date: | 06/21/2020 11:45 | Provider: | Newbury, R. RN | Unit: | R02 |

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/21/2020 | Counseling | Access to Care | Newbury, R. | Verbalizes Understanding |
| 06/21/2020 | Counseling | Plan of Care | Newbury, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Newbury, R. RN on 06/21/2020 11:48

Requested to be cosigned by Chinwalla, F. DO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/21/2020 11:45 | Provider: | Newbury, R. RN | Facility: | FTD |

Cosigned by Chinwalla, F. DO on 06/22/2020 13:51.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  BASRALIAN, GARY | | | Reg #:  71610-050 |
| Date of Birth:  07/02/1947 | Sex:  M    Race:  WHITE | | Facility:  FTD |
| Encounter Date:  06/21/2020 10:05 | Provider:  Hernandez, Jessica RN | | Unit:  R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Hernandez, Jessica RN

**Chief Complaint:** No Complaint(s)
**Subjective:**  Evaluation of isolated covid-19 IM
**Pain:**          No

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/21/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Hernandez, Jessica RN on 06/21/2020 16:21
Requested to be cosigned by  Chinwalla, F. DO.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/21/2020 10:05 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Chinwalla, F. DO on 06/22/2020 14:15.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BASRALIAN, GARY | | Reg #: | 71610-050 |
| Date of Birth: | 07/02/1947 | Sex:    M    Race:  WHITE | Facility: | FTD |
| Encounter Date: | 06/20/2020 11:00 | Provider:  Hernandez, Jessica RN | Unit: | R02 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Hernandez, Jessica RN

        **Chief Complaint:** No Complaint(s)
        **Subjective:**    Evaluation of isolated covid-19 **IM**
        **Pain:**       No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/20/2020 | 11:00 FTD | 97.9 | 36.6 | | Hernandez, Jessica RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/20/2020 | 11:00 FTD | 62 | | | Hernandez, Jessica RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/20/2020 | 11:00 FTD | 18 | Hernandez, Jessica RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/20/2020 | 11:00 FTD | 135/77 | | | | Hernandez, Jessica RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/20/2020 | 11:00 FTD | 99 | Room Air | Hernandez, Jessica RN |

**Exam:**

  **General**

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

  No Significant Findings/No Apparent Distress

  IM denies any covid-19 like symptoms at this time and remains asymptomatic. IM aaox4 appears in no acute distress, denies headache, denies dizziness, mucosa pink and moist, respirations even and unlabored, denies chest pain, denies cough, denies SOB, denies diarrhea, voiding with no difficulty, skin w/d. Ambulatory with a steady gait around isolated housing unit. IM encouraged to stay well hydrated via oral intake and continue activity as tolerated.

**PLAN:**

**Disposition:**

  Follow-up at Sick Call as Needed
  Return Immediately if Condition Worsens

| Inmate Name:   BASRALIAN, GARY | | | Reg #:    71610-050 |
|---|---|---|---|
| Date of Birth:   07/02/1947 | Sex:     M     Race:   WHITE | | Facility:  FTD |
| Encounter Date: 06/20/2020 11:00 | Provider:  Hernandez, Jessica RN | | Unit:      R02 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/20/2020 | Counseling | Access to Care | Hernandez, Jessica | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Hernandez, Jessica RN on 06/20/2020 11:02

Requested to be cosigned by Turner-Foster, Nicoletta MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BASRALIAN, GARY | | | Reg #: | 71610-050 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1947 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/20/2020 11:00 | Provider: | Hernandez, Jessica RN | Facility: | FTD |

**Cosigned by Turner-Foster, Nicoletta MD/CD on 06/20/2020 19:42.**