UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 19-3089

———————

UNITED STATES OF AMERICA

v.

GARY BASRALIAN,

Appellant

———————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 2-18-cr-00515-001)
District Judge: Honorable Madeline C. Arleo

———————

Submitted Under Third Circuit L.A.R. 34.1(a)
September 21, 2020

Before: AMBRO, PORTER, and ROTH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District
Court for the District of New Jersey and was submitted on September 21, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that
the judgment of the District Court entered September 12, 2019, is hereby affirmed.  No
costs are taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  February 11, 2021